In the Matter of the Judicial Settlement of the Account of WILLIAM C. WOTTON, as Executor of PHEBE E. BONNEFOUX, Deceased, Respondent.

CLARA B. DE REAU et al., Appellants.

*Matter of Wotton,* 59 App. Div. 584, affirmed.
(Argued June 7, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made April 4, 1901, which modified and affirmed as modified a decree of the Surrogate's Court of the county of New York settling the account of William C. Wotton, as executor of Phebe E. Bonnefoux, deceased.

*Ralph S. Rounds* for appellants.

*Charles H. Griffin* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.